AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations - Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 APR 24  PM 3: 26

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| | JACKSONVILLE, FLORIDA |
| | CASE NUMBER:   3:08-cr-45-J-20JRK |
| | USM NUMBER:   42713-066 |

v.

ROBERT TOWNES

Defendant's Attorney:   Maurice C. Grant (pda)

**THE DEFENDANT:**

 **X**  admitted guilt to violation of charge numbers  _Seven and Eight_  of the term of supervision.

 **X**  was found in violation of charge numbers  _One through Six_  after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Failure to work regularly at a lawful occupation. | February 2008 |
| Two | Failure to follow the instructions of the probation officer. | February 2008 |
| Three | Failure to follow the instructions of the probation officer. | January 2008 |
| Four | Failure to follow the instructions of the probation officer. | February 2008 |
| Five | New criminal conduct while on supervision. | February 2008 |
| Six | Failure to report. | February 2008 |
| Seven | New criminal conduct while on supervision. | March 2008 |
| Eight | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer. | March 2008 |

The defendant is sentenced as provided in pages 2 through _4_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____  The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 24, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE:  April 24, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | ROBERT TOWNES | Judgment - Page  2  of  4 |
| Case No.: | 3:08-cr-45-J-20JRK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twelve (12) months.**

_____ X _____   The Court makes the following recommendations to the Bureau of Prisons: FCI Jesup, GA.

_____ X _____   The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

      ____ at _____ a.m.     p.m.     on _____.

      ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ____ before 2 p.m. on _____.

      ____ as notified by the United States Marshal.

      ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
     Sheet 3 - Supervised Release

Defendant:    ROBERT TOWNES                         Judgment - Page 3 of 4
Case No.:     3:08-cr-45-J-20JRK

## SUPERVISED RELEASE

        Upon release from imprisonment, the defendant shall be on supervised release for a term of   **24 months.**

        The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

   __     The mandatory drug testing provisions of the Violent Crime Control Act are waived.  However, the court authorizes the Probation Office to conduct random drug testing not to exceed 104 tests per year.

   __     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

   __     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

   __     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

   __     The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
    Sheet 3C — Supervised Release

| | | |
|---|---|---|
| Defendant: | ROBERT TOWNES | Judgment - Page 4 of 4 |
| Case No.: | 3:08-cr-45-J-20JRK | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

—   The defendant shall participate in the Home Detention program for a period of ___. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

—   The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

—   The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

X   The defendant shall provide the Probation Officer with full disclosure of your financial records to include yearly tax returns upon the request of the Probation Officer. Defendant shall cooperate with the Probation Office in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

—   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the probation officer.

—   If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.

—   Defendant shall perform ___ hours of community service.

—   The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer.

—   The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, day-care centers, theme parks, playgrounds, etc.

—   The defendant is prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

X   The defendant shall refrain from engaging in any form of employment involving importing and exporting.

X   Each week the defendant is not employed full time, he must perform 20 hours of community service at a location, excluding any church, approved by the Probation Officer.